AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail COUNSEL/PARTIES OF RECORD

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

FILED
ENTERED
MAY - 1 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

|  |  |
|---|---|
| United States of America<br>v. | )<br>)<br>) |
| **Katrina Marie Amaya-Lopez** | )<br>) |
| *Defendant* | ) |

Case No.   2:26-mj-00329-DJA

Charging District:   District of Wyoming

Charging District's Case No.   2:26-mj-00014-SWS

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: | Wyoming District Court<br>Joseph C. O'Mahoney Federal Building<br>2120 Capitol Avenue, Room 2131<br>Cheyenne, WY 82001-2001 | Courtroom No.:  TBD |
|---|---|---|
|  |  | Date and Time:  TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:       May 1, 2026

_____
*Judge's signature*

DANIEL J. ALBREGTS, United States Magistrate Judge
*Printed name and title*